

September 22, 2020

**VIA ECF**

Hon. Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/22/2020
```

**MEMORANDUM ENDORSED**

Re:  **SING For Service, LLC v. DOWC Administration Services, LLC
     Case No. 20-cv-5617-GHW**

Dear Judge Woods:

This firm has just recently been retained to represent Defendant DOWC Administration Services, LLC ("Defendant") in the above-referenced action.  We write to respectfully request (1) a 30-day extension of time for Defendant to respond to Plaintiff's Complaint in order to provide counsel with time to review the pleadings and prepare a response and (2) an adjournment of the October 7, 2020 initial pretrial conference until after Defendant's response deadline due to counsel's preexisting conflict with the current conference date.

Defendant's current deadline to respond to the Complaint is today, September 22, 2020, and, with the extension requested, Defendant's new deadline would be October 22, 2020.  This is Defendant's first request for an extension of time to respond to Plaintiff's Complaint and first request for an adjournment of the initial pretrial conference.  Counsel for Plaintiff has consented to both requests.

We thank the Court for its time and attention to this matter and remain available at the Court's convenience to address any questions or concerns.

---

Application granted.  The deadline for Defendant to answer or otherwise response to the complaint is extended to October 22, 2020.  The initial pretrial conference scheduled for October 7, 2020 is adjourned to November 13, 2020 at 4 p.m.  The joint letter and proposed case management plan are due no later than November 6, 2020.  The conference will be conducted by telephone. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions.  The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

The Court notes that Defendant made this request on the day Defendant's answer was due.  The Court directs Defendant to comply in the future with the Court's Individual Rule 1(E), which requires requests for extensions of time to be made at least two business days prior to the original due date.

SO ORDERED.

Dated: September 22, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge