USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
    :
SING FOR SERVICE, LLC, doing business as  :
MEPCO    :
    :    1:20-cv-5617-GHW
    Plaintiff,  :
    :    <u>ORDER</u>
    -against-  :
    :
DOWC ADMINISTRATION SERVICES, LLC,  :
a New Jersey limited liability company,  :
    :
    Defendant.  :
    :
-----------------------------------------------------------X

GREGORY H. WOODS, District Judge:

    The Court will hold a teleconference in this matter on January 6, 2022 at 12:00 p.m. to discuss next steps in this litigation. The parties should meet and confer in advance of the conference regarding their respective proposals regarding how best to advance the case to final resolution. Among the topics to be discussed at the conference is the prospect for a negotiated resolution of the dispute and any assistance that the Court can provide to promote such a resolution. As a result, the Court hopes that, prior to the conference, counsel for each side will have conferred with their respective clients regarding the parties' decision not to conduct substantial discovery during the time period established by the Court for its completion, as well as the substance of the Court's January 3, 2022 decision and its implications for the development of the case. The conference is a public proceeding; counsel are welcome to invite their respective business principals or representatives to audit the conference.

The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

SO ORDERED.

Dated: January 4, 2022  
New York, New York

_____  
GREGORY H. WOODS  
United States District Judge