```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/9/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
SING FOR SERVICE, LLC, doing business as    :
MEPCO                                       :
                                            :       1:20-cv-5617-GHW
                              Plaintiff,    :
                                            :            ORDER
              -against-                     :
                                            :
DOWC ADMINISTRATION SERVICES, LLC,          :
a New Jersey limited liability company,     :
                                            :
                              Defendant.    :
                                            :
------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

The Court has received and reviewed the stipulation of substitution of counsel filed by Rebecca Kinburn at Dkt. 72. The Court declines to enter that stipulation because it does not fully comply with Local Rule 1.4. Under Local Rule 1.4, such a stipulation must be signed by all parties to the litigation. Alternatively, counsel may move for leave to withdraw. Any such motion must comply fully with the requirements of Local Rule 1.4.

SO ORDERED.

Dated: February 9, 2022
New York, New York
                                            _____
                                                    GREGORY H. WOODS
                                                  United States District Judge