UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                      :

SING FOR SERVICE, LLC, doing business as  :
MEPCO,                                             :
                                                      :                 1:20-cv-5617-GHW
                                       Plaintiff,   :
                                                      :                          ORDER
                  -against-                       :
                                                      :

DOWC ADMINISTRATION SERVICES, LLC, a  :
New Jersey limited liability company,              :
                                                      :
                                       Defendant.  :
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/2022

GREGORY H. WOODS, District Judge:

       As stated on the record at the conference held on March 7, 2022, Defendant's request for leave to file a motion to reopen discovery is granted.  The deadline for Defendant to file and serve its motion to reopen discovery is March 21, 2022.  Plaintiff's opposition is due within fourteen days after service of Defendant's motion; Defendant's reply, if any, is due within seven days after service of Plaintiff's opposition.

       SO ORDERED.

Dated:  March 7, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge