

Bridgewater Place | Post Office Box 352
Grand Rapids, Michigan 49501-0352
Telephone 616 / 336-6000 | Fax 616 / 336-7000 | www.varnumlaw.com

**Brion B. Doyle**  Direct 616 / 336-6479
bbdoyle@varnumlaw.com

June 7, 2022

<u>Via ECF</u>

Hon. Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, NY  10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/7/2022
```

**MEMORANDUM ENDORSED**

Re:  *SING for Service, LLC d/b/a Mepco v DOWC Administration Services, LLC*
Case No. 20-cv-5617-GHW

Dear Judge Woods:

I am writing as counsel for SING for Service, LLC d/b/a Mepco ("Mepco") with a request to adjourn the conference regarding Defendant's request to reopen discovery, which is currently scheduled for June 17, 2022, at 1:00 pm.  The reason for the request is that I will be out of the country for a previously planned vacation on June 17, 2022.

I have conferred with counsel for Defendant, and counsel for Defendant does not oppose this request.  Counsel for the parties are available on June 27 or June 30, or as soon thereafter as the parties may be heard.  This is the first request for adjournment of the June 17, 2022 conference.

Separately from the request for adjournment, I also write to request the Court's permission to appear telephonically at a rescheduled conference regarding Defendant's request to reopen discovery.  Again, I have conferred with counsel for Defendant, and counsel for Defendant does not oppose this request.

We thank you for your time and attention to these matters.

Sincerely yours,

VARNUM

Brion B. Doyle

BBD/sm
cc:  Rose A. Suriano (via ECF)
     Jeffrey Adam Udell (via ECF)
19623545.1

Application granted.  The conference scheduled for June 17, 2022 is adjourned to June 27, 2022 at 3:00 p.m.  The conference will be conducted by telephone.  The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions.  The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

SO ORDERED.

Dated: June 7, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge