```
                                                              USDC SDNY
                                                              DOCUMENT
                                                              ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                                  DOC #: _____
SOUTHERN DISTRICT OF NEW YORK                                 DATE FILED: 10/12/2022
-----------------------------------------------------------X
                                                        :
SING FOR SERVICE, LLC, d/b/a MEPCO,                     :
                                                        :
                               Plaintiff,               :     1:20-cv-5617-GHW
                                                        :
               -v-                                      :     ORDER
                                                        :
DOWC ADMINISTRATION SERVICES, LLC,                      :
a New Jersey limited liability company,                 :
                                                        :
                                                        :
                               Defendant.:
                                                        :
-----------------------------------------------------------X
```

GREGORY H. WOODS, United States District Judge:

As discussed during the October 12, 2022 telephone conference, in the event that the parties do not submit a proposed stipulation or letter in advance of October 26, 2022, the parties are directed to submit a joint letter updating the Court on the status of this case no later than that date. If the parties do submit a stipulation or letter in advance of October 26, 2022, no additional joint letter is necessary. Additionally, the deadline for the parties to file and serve their motions for summary judgment is extended to November 21, 2022. The parties' oppositions are due within four weeks after service of the other party's motion for summary judgment. The parties' replies, if any, are due within two weeks after service of the other party's opposition.

SO ORDERED.

Dated: October 12, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge