UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/2022
```

------------------------------------------------------------- X
                                                               :
SING FOR SERVICE, LLC, *doing business as* Mepco,              :
                                                               :
                                        Plaintiff,             :          1:20-cv-5617-GHW
                                                               :
                           -v -                                :          ORDER
                                                               :
DOWC ADMINISTRATION SERVICES, LLC, *a*                         :
*New Jersey Limited Liability Company*,                        :
                                                               :
                                        Defendant.             :
                                                               X
-------------------------------------------------------------

GREGORY H. WOODS, United States District Judge:

The parties are hereby ordered to attend a status conference on **October 31, 2022 at 3:00**

**p.m.** The conference will be conducted by telephone. The parties are directed to the Court's

Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in

number and other relevant instructions. The parties are specifically directed to comply with Rule

2(C) of the Court's Emergency Rules.

SO ORDERED.

Dated: October 28, 2022
       New York, New York

                                        _____
                                        GREGORY H. WOODS
                                        United States District Judge