```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
 :
SING FOR SERVICE, LLC, *doing business as* Mepco, :
 :
                              Plaintiff, :    1:20-cv-5617-GHW
 :
          -v - :    <u>ORDER</u>
 :
DOWC ADMINISTRATION SERVICES, LLC, *a* :
*New Jersey Limited Liability Company*, :
 :
                           Defendant. :
 X
-------------------------------------------------------------------

GREGORY H. WOODS, United States District Judge:

      Plaintiff has submitted a motion for attorney fees. Dkt. No. 136. To aid the Court's evaluation of the motion, Plaintiff is directed to submit (a) a spreadsheet detailing each entry in support of its application, (b) information regarding the experience of each attorney that did work for which Plaintiff seeks fees in this case, and (c) an affidavit attesting to the accuracy of both documents. These documents must be filed in PDF format on the docket no later than May 3, 2023. By the same date, counsel for Plaintiff must also email the spreadsheet in native (Excel) format to the Court at [WoodsNYSDChambers@nysd.uscourts.gov](mailto:WoodsNYSDChambers@nysd.uscourts.gov).

      SO ORDERED.

Dated: April 29, 2023
      New York, New York

                                                                   _____
                                                                    GREGORY H. WOODS
                                                              United States District Judge