UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SING FOR SERVICE, LLC D/B/A MEPCO,

                Plaintiff,                20 **CIVIL** 5617(GHW)

      -against-                      **JUDGMENT**

                                            For Attorney's Fees and Costs

DOWC ADMINISTRATION SERVICES, LLC,

                Defendant.

------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated May 5, 2023, Plaintiff Mepco's motion for attorney's fees is GRANTED IN PART. The Court finds that Mepco is the prevailing party in this proceeding because it prevailed on each issue litigated and received "substantial relief" considering the scope of what was litigated. As the prevailing party, Mepco is entitled to an award of $199,550.75 in attorneys' fees and $1,014.37 in costs. Mepco's total award is accordingly $200,565.62; accordingly, the case is closed.

**Dated:**  New York, New York
        May 8, 2023

                                                 **RUBY J. KRAJICK**

                                                 _____
                                                 **Clerk of Court**

                    **BY:**
                                                 _____
                                                 **Deputy Clerk**